# Third District Court of Appeal

## State of Florida

Opinion filed December 17, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0941
Lower Tribunal No. 24-14757-CA-01
_____

**Adam Bair,**
Appellant,

vs.

**Baller Alert, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller and Jason Emilios Dimitris, Judges.

Adam Bair in proper person.

Wolfe Law Miami, P.A., and Richard C. Wolfe and Nick Medina, for appellee.

Before SCALES, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Readon v. WPLG LLC, 317 So. 3d 1229, 1234–35 (Fla. 3d DCA 2021) ("Under the substantial truth doctrine, a statement does not have to be perfectly accurate if the gist or the sting of the statement is true. As long as a report is substantially correct, it is not necessary that it be exact in every immaterial detail or that it conform to the precision demanded in technical or scientific reporting.") (internal quotation marks and citations omitted).